UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No : 1:12-cv-22049-JAL

STEVE WILLIAMS,

    Plaintiff,

vs.

SEACREST SERVICES, INC. and
RICHARD K. FOWLER, individually,

    Defendants
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, STEVE WILLIAMS ("Plaintiff"), by and through undersigned counsel, hereby notifies the Court that a settlement has been reached in the instant matter. The parties are in the process of drafting the appropriate settlement documents and will submit the same to the Court as soon as the documents have been finalized.

Dated: August 2, 2012                             Respectfully submitted,

                                                      /s Andrew I. Glenn
                                                      Andrew I. Glenn, Esq.
                                                      E-mail: aglenn@jaffeglenn.com
                                                      Florida Bar No.: 577261
                                                      Jodi J. Jaffe, Esq.
                                                      Email: jjaffe@jaffeglenn.com
                                                      Florida Bar No. 865516
                                                      Jaffe Glenn Law Group, P.A.
                                                      12000 Biscayne Blvd.
                                                      Suite 707
                                                      Miami, Florida 33181
                                                      Telephone: (305) 726-0060
                                                      Facsimile: (305) 726-0046
                                                      Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

## SERVICE LIST

**Allan H. Weitzman**
Proskauer Rose
2255 Glades Road
Suite 421 Atrium
Boca Raton, FL 33431-7360
561-241-7400
241-7145 (fax)
aweitzman@proskauer.com
Attorney for Defendants
Served via CMECF